UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                              Case No. 19–33225
                                                                   Chapter 13
Arnold R. Howard ,

    Debtor.

## ORDER CONFIRMING PLAN

The debtor's plan filed on January 29, 2020, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated February 10, 2020

William R. Sawyer
United States Bankruptcy Judge